**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Norberto QUINONES, a/k/a Jose**
**Rosado, a/k/a J, Defendant–**
**Appellant.**

**No. 11–7249.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 9, 2012.

Decided: Feb. 14, 2012.

Norberto Quinones, Appellant Pro Se. Deborah A. Johnston, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norberto Quinones appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Quinones*, No. 8:04–cr–00234–RWT–3 (D.Md. Aug. 1, 2011). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*